**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00095-CV**

_____

**IN RE JOHN S. MORGAN AND JOHN S. MORGAN, P.C.
D/B/A MORGAN LAW FIRM**

_____

**Original Proceeding**

_____

**MEMORANDUM OPINION**

John S. Morgan and John S. Morgan, P.C. d/b/a Morgan Law Firm filed a petition for writ of mandamus in which they seek to compel the trial court to vacate its venue ruling and permit full venue discovery, to vacate its orders quashing venue discovery and permit relators to depose venue fact witnesses, and to conduct a hearing on relators' motion to disqualify opposing counsel. *See* Tex. R. App. P. 52.1. After reviewing the petition and mandamus record, we conclude that the relators have not shown that the trial court committed a clear abuse of discretion for which the relators lack an adequate

1

remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36 (Tex. 2004).

Accordingly, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Opinion Delivered March 14, 2013
Before McKeithen, C.J., Kreger and Horton, JJ.